

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00811-CV

Yvonne **SALAZAR-HERNANDEZ** and Tony Hernandez,
Appellants

v.

**CHAMPION HOMES AT MISSION DEL RIO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV07914
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED for want of prosecution. Costs of appeal are taxed against appellants.

SIGNED February 10, 2021.

_____
Liza A. Rodriguez, Justice